### 42968. WEST v. CITY OF COLLEGE PARK.

BELL, Presiding Judge. The filing of the bond required by *Code* § 19-214 or a pauper's affidavit is a condition precedent to an application for certiorari to review a judgment of conviction in a recorder's court. *Johns v. City of Tifton,* 122 Ga. 734 (50 SE 941); *Veazey v. Mayor &c. of Crawfordville,* 126 Ga. 89 (54 SE 817); *Hubert v. City of Thomasville,* 18 Ga. App. 756 (90 SE 720). The judge of the superior court did not err in dismissing the certiorari in this case, as the petition did not affirmatively show the filing of a proper bond or pauper's affidavit and was therefore a mere nullity. *Sauceman v. State,* 209 Ga. 60 (3) (70 SE2d 754); *Gillespie v. Mayor &c. of Macon,* 19 Ga. App. 1, 2 (90 SE 970); *Nilsen v. City of LaGrange,* 55 Ga. App. 676 (3) (191 SE 175).

*Judgment affirmed. Pannell and Whitman, JJ., concur.*

ARGUED JULY 10, 1967—DECIDED SEPTEMBER 21, 1967.

*McCord, Cooper & Voyles, Robert B. McCord, Jr., Wallace, Wallace & Driebe, Albert B. Wallace, Stone & Stone, Noah J. Stone,* for appellant.

*George Glaze, Archer, Patrick & Sidener, Griffin Patrick, Jr.,* for appellee.